*Southern Division*

**RONNIE D. LYLES,**

    **Plaintiff,**

**v.**

                     **Case No.: PWG-15-1056**

**PFC BLANCO, *et al.*,**

    **Defendants.**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## VERDICT SHEET

*Questions as to Defendant Job Blanco*

1. 42 U.S.C. § 1983 – excessive force

   Do you find by a preponderance of the evidence that Defendant Job Blanco deprived Plaintiff Ronnie Lyles of his rights under the Fourth Amendment to the United States Constitution by using excessive force against him, in violation of 42 U.S.C. § 1983?

      ✓       _____
   Yes      No

2. 42 U.S.C. § 1983 – arrest without probable cause

   Do you find by a preponderance of the evidence that Defendant Job Blanco deprived Plaintiff Ronnie Lyles of his rights under the Fourth Amendment to the United States Constitution by arresting him without probable cause, in violation of 42 U.S.C. § 1983?

      ✓       _____
   Yes      No

3. 42 U.S.C. § 1983 – malicious prosecution

   Do you find by a preponderance of the evidence that Defendant Job Blanco deprived Plaintiff Ronnie Lyles of his rights under the Fourth Amendment to the United States Constitution by maliciously prosecuting him, in violation of 42 U.S.C. § 1983?

      √
   _____      _____
   Yes      No

If you answered *yes* to any of questions 1, 2, or 3, please proceed to question 4 and then proceed to the Questions as to Defendant Brian Slattery.

If you did not answer *yes* to any of questions 1, 2, or 3, please proceed to question 5.

4. Damages

If you find that Defendant Job Blanco committed any of the alleged violations, what amount of damages do you award to Plaintiff Ronnie Lyles for nominal or compensatory damages?

Compensatory Damages

Noneconomic Damages:  $250,000

Economic Damages:  $800.00

*OR*

Nominal damages ($1.00): _____

*Questions as to Defendant Brian Slattery*

5. 42 U.S.C. § 1983 – excessive force

Do you find by a preponderance of the evidence that Defendant Brian Slattery deprived Plaintiff Ronnie Lyles of his rights under the Fourth Amendment to the United States Constitution by using excessive force against him, in violation of 42 U.S.C. § 1983?

_____          _____
Yes                    No ✓

6. 42 U.S.C. § 1983 – arrest without probable cause

Do you find by a preponderance of the evidence that Defendant Brian Slattery deprived Plaintiff Ronnie Lyles of his rights under the Fourth Amendment to the United States Constitution by arresting him without probable cause, in violation of 42 U.S.C. § 1983?

_____          _____
Yes ✓                   No

7. 42 U.S.C. § 1983 – malicious prosecution

Do you find by a preponderance of the evidence that Defendant Brian Slattery deprived Plaintiff Ronnie Lyles of his rights under the Fourth Amendment to the United States Constitution by maliciously prosecuting him, in violation of 42 U.S.C. § 1983?

_____          _____
Yes ✓                   No

If you answered *yes* to any of questions 5, 6, or 7, please proceed to question 8.

If you did not answer *yes* to any of questions 5, 6, or 7, please date and sign the verdict sheet, and inform the bailiff.

8. Damages

If you find that Defendant Brian Slattery committed any of the alleged violations, what amount of damages do you award to Plaintiff Ronnie Lyles for nominal or compensatory damages?

Compensatory Damages

Noneconomic Damages:     $250,000

Economic Damages:           $800.00

3

*OR*

Nominal damages ($1.00): _____

**The foregoing represents our unanimous verdict.**

_____08/13/17_____
Date

**SIGNATURE REDACTED**
Foreperson