# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## *Southern Division*

**RONNIE D. LYLES,**

    **Plaintiff,**

v.                                      Case No.: PWG-15-1056

**PFC BLANCO, *et al.*,**

    **Defendants.**

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Plaintiff Ronnie Lyles against Defendants Job Blanco and Brian Slattery, it is this 21st day of August, 2017, **ORDERED**,

1. Judgment is entered in favor of Plaintiff, against Defendant Job Blanco, in the amount of $250,800.00 (Two Hundred and Fifty Thousand, Eight Hundred Dollars);

2. Judgment is entered in favor of Plaintiff, against Defendant Brian Slattery, in the amount of $250,800.00 (Two Hundred and Fifty Thousand, Eight Hundred Dollars);

3. Judgment is entered in favor of Plaintiff, against Defendants Job Blanco and Brian Slattery for costs in accordance with Fed. R. Civ. P. 54(d)(1); and

4. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*Paul W. Grimm*
United States District Judge