KARPINSKI, COLARESI & KARP, P.A.
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1617

DANIEL KARP *
KEVIN KARPINSKI *
VICTORIA M. SHEARER *
E. I. CORNBROOKS, IV

SANDRA D. LEE **
J. MICHAEL COLLITON *
MICHELLE L. SEIDLECK
ANDREW J. DiMICELI
ALYSON PARKER KIERZEWSKI

* ADMITTED IN MD AND D.C.
** ADMITTED IN MD, N.Y. AND D.C.

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL: bkcklaw@aol.com
WEBSITE: www.kcklegal.com

RICHARD T. COLARESI
RETIRED

MICHAEL B. RYND
OF COUNSEL

January 17, 2018

via electronic filing
Honorable Paul W. Grimm
United States District Judge
United States District Court
 for the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

       RE: 335-205
          *Lyles v. Prawdzik, et al.*
          Civil Action No: 8:15-cv-01056-PWG

Dear Judge Grimm:

  I have conferred with Mr. Hansel concerning the Court's Paperless Order of January 8, 2018 (ECF 85). We are unsure about what is being requested. The Court entered judgment on August 21, 2017 (ECF 73). Plaintiff filed a motion for attorney's fees and bill of costs, Defendants filed post trial motions, and responsive and reply memoranda were then filed. (ECF 74-80).

  The parties then settled all disputes, and I filed an Order of Satisfaction/ Stipulation of Dismissal with Prejudice. (ECF 84).

  In short, the court entered judgments, the parties settled the case, and all claims have been resolved. We believe that all pending motions are moot.

  If the Court needs additional information, please advise.

KARPINSKI, COLARESI & KARP, P.A.
ATTORNEYS AT LAW

Honorable Paul W. Grimm
United States District Judge
Page 2
January 17, 2018

Respectfully submitted,

KARPINSKI, COLARESI & KARP

BY: Daniel Karp

DK/bkh

cc: Cary Hansel, Esquire